# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH NICHOLS, and others similarly situated ) | Civil Case No.: 2:22-cv-01545 |
| Plaintiff, ) | Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| TUDI MECHANICAL SYSTEMS, INC., ROBERT TUDI, and BRADLEY TITUS, ) | **ELECTRONIC FILING** |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 19th day of April, 2023, pursuant to the joint request of the parties, IT IS ORDERED that C.A. No. 2:22-cv-01545-LPL is hereby dismissed with prejudice. Each side to bear its own costs and attorneys' fees.

_____
United States Magistrate Judge